UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN SUDDARTH, et al.,

Plaintiffs,

v.

EMSL ANALYTICAL, INC.,

Defendant.

Case No. 24-cv-07973-JST

**ORDER REMANDING ACTION**

Re: ECF No. 46

The parties' stipulated request for remand, ECF No. 46, is GRANTED.  This action is remanded to the Alameda County Superior Court.

**IT IS SO ORDERED.**

Dated:  April 17, 2026



JON S. TIGAR
United States District Judge